ORIGINAL

Case 3:05-cv-01130-L Document 11 Filed 09/26/05 Page 1 of 5 PageID 45

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 6 2005

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN W. QUICK, <br> # 1243617, <br>    Plaintiff, <br><br> v. <br><br> RICHARD BEACUM, District 354 Judge, <br><br>    Defendant. | § § § § § § § § § | NO. 3:05-CV-1130-L |

## ORDER

Plaintiff Steven W. Quick ("Petitioner"), appearing *pro se*, filed a civil rights action against Richard Beacum, a state district judge. Pursuant to 28 U.S.C. §636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On June 1, 2005, Plaintiff tendered a complaint to the district clerk and filed an application for leave to proceed *in forma pauperis*. Plaintiff answered a *Spears*[*] questionnaire on August 12, 2005. On August 17, 2005, the Findings and Recommendation of the United States Magistrate Judge ("Report") were filed, to which no objections were filed.

The magistrate judge recommended that Plaintiff's complaint should be summarily dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2). *See* Report at 2 (and cases cited therein). Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that they are correct. Accordingly, the magistrate's findings and conclusions are accepted as those of the court.

---

[*] *See Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).

Order – Page 1

The court determines pursuant to 28 U.S.C. § 1915(e)(2) that Plaintiff's complaint is frivolous, and this action is **dismissed with prejudice**. Judgment will issue by separate document.

**It is so ordered** this 26th day of September, 2005.

Sam A. Lindsay
United States District Judge

Order – Page 2